■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD THOMAS, Appellant.—Three judgments of the County Court, Nassau County (Lawrence, J.), all rendered April 3, 1984, affirmed *(see, People v Kazepis,* 101 AD2d 816). Lazer, J. P., Thompson, Rubin and Kunzeman, JJ., concur.